Gary L. SMITH, Appellant,

v.

Molly LANCASTER; Oprah Winfrey; Harpo Productions, Inc., Appellees.

No. 05–2440.

United States Court of Appeals, Eighth Circuit.

Submitted: June 23, 2006.

Filed: June 28, 2006.

Gary L. Smith, Glenville, WV, pro se.

Molly Lancaster, St. Louis, MO, pro se.

Michael A. Kahn, Geoffrey Gerald Gerber, Kelly K. Pilla, Blackwell & Sanders, St. Louis, MO, for Appellees.

Before ARNOLD, BYE, and SMITH, Circuit Judges.

PER CURIAM.

Gary Lee Smith appeals the district court's[1] orders dismissing Molly Lancaster and granting summary judgment in favor of Oprah Winfrey and Harpo Productions in his defamation and copyright-infringement action. After de novo review, *see Kasper v. Federated Mut. Ins.*

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

*Co.,* 425 F.3d 496, 502 (8th Cir.2005) (summary judgment); *Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (dismissal), we conclude the dismissal and grant of summary judgment were proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.